FILED

14 JUN 10 PM 2:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>GLORIA CARRILLO-AVILA<br><br>          Defendant. | Case No.: 14-CR-0746-BEN<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: June __6__, 2014

_____
HONORABLE NITA L. STORMES
United States Magistrate Judge